IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA MARTINEZ  *ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED* | : : : : | |
| v. | : : | CIVIL ACTION NO. 21-0264 |
| CONCHETTA, INC., ET AL.  *dba CLUB RISQUE PHILADELPHIA* | : : | |

**O R D E R**

**AND NOW**, this   10th   day of   September  , 2021, at the request of Plaintiff and Plaintiff's Counsel, it is **ORDERED** that this case is **DISMISSED** without prejudice.[1] The Clerk of the Court is directed to mark this matter **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

  */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] On September 7, 2021, Plaintiff's counsel advised Chambers via email that this matter was to be dismissed without prejudice. Plaintiff will seek alternate counsel if she decides to pursue this matter in arbitration.